**Donald Robert PILCHER, Plaintiff—Appellant,**

v.

**Steven A. MCGRAW, Clerk of Court; Naudia Fenty, Deputy Clerk, Defendants—Appellees.**

No. 07–6945.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 25, 2007.

Donald Robert Pilcher, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Robert Pilcher appeals the district court's order dismissing his 42 U.S.C.

§ 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pilcher v. McGraw,* No. 7:07–cv–00279–jct, 2007 WL 1655155 (W.D. Va. June 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*